```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

JIMMY SUTTON                                                PLAINTIFF

v.                        Civil No. 10-5096

MICHAEL J. ASTRUE,
Commissioner of Social Security                             DEFENDANT

## O R D E R

Now on this 8th day of May, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 9), to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that the Report and Recommendation is sound in all respects and should be adopted *in toto.*

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (Doc. 9) is hereby **adopted** *in toto.*

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation (Doc. 9), the decision of the ALJ is hereby **AFFIRMED** and plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

            /s/Jimm Larry Hendren
            **HON. JIMM LARRY HENDREN**
            **UNITED STATES DISTRICT JUDGE**